IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARSHALL DEWAYNE WILLIAMS,**
**REG. #14130-077** **PLAINTIFF**

v. **CASE NO. 4:15-CV-00560 BSM**

**DOES, et al.** **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 13] has been reviewed. No objections have been filed. After careful consideration, the RD is adopted in all respects.

Accordingly, Williams's complaint [Doc. No. 2] is dismissed with prejudice. It is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 10th day of December 2015.

UNITED STATES DISTRICT JUDGE

0